IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

    Plaintiff,      No. 2:12-cv-2011 KJM KJN PS

  v.

ROBERT O. CAPRETTO, JR.,

    Defendant.      <u>ORDER</u>

_____/

    On August 14, 2012, plaintiff filed a motion to remand this unlawful detainer action to the Superior Court of California for the County of Solano, noticed for hearing on September 20, 2012. (Dkt. No. 7.)[1] Plaintiff's counsel also filed a request to appear telephonically at the hearing. (Dkt. No. 9.) Defendant Robert Capretto, Jr. failed to file an opposition to the motion in accordance with E.D. Cal. L.R. 230(c).

    After reviewing the papers in support of the motion and the court's record in this matter, the court finds that oral argument would not materially aid the resolution of the pending motion. Therefore, plaintiff's motion to remand is submitted on the record without a hearing. <u>See</u> Fed. R. Civ. P. 78(b); E.D. Cal. L.R. 230(g).

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 20, 2012 hearing on plaintiff's motion to remand (dkt. no. 7) is VACATED.

2. Plaintiff's motion to remand (dkt. no. 7) is SUBMITTED on the record without oral argument.

3. Plaintiff's counsel's request to appear telephonically at the hearing (dkt. no. 9) is DENIED AS MOOT.

DATED: September 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE