IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

      Plaintiff,                No. 2:12-cv-02011 KJM KJN PS

  vs.

ROBERT O. CAPRETTO, JR.,

      Defendant.           <u>ORDER</u>
_____/

        On September 18, 2012, the magistrate judge filed findings and recommendations (dkt. no. 11), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations (dkt. no. 11) are ADOPTED;

3       2. Plaintiff's motion to remand (dkt. no. 7) is GRANTED;

4       3. The action is remanded to the Solano County Superior Court;

5       4. The Clerk is directed to serve a certified copy of this order on the Clerk of the Solano County Superior Court, and shall reference the state case number (FCM128634) in the proof of service; and

8       5. The Clerk is directed to close this case.

DATED: January 10, 2013.

_____
UNITED STATES DISTRICT JUDGE